1

2

3

4

5

6

7

8

The Honorable Ricardo S. Martinez

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCO CALVERT-MAJORS, <br> DAVID A. KELLEY, <br> ADAM ANDERSON-DOTSON, and <br> JERRELL G. INGRAM, <br><br> Defendants. | No.     CR21-53 RSM <br><br><br> ORDER CONTINUING TRIAL DATE |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEFENTSE LUMUMBA-OLABISI, <br> KENNETH N. LEE, <br> EDWARD COLEMAN, <br> JIMMY J. CARTER, and <br> KEVIN L. GIPSON, <br><br> Defendants. | No.      CR21-56 RSM |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Trial Date - 1
*U.S. v. Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-
56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM,
*U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*,
CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | |
|---|---|---|---|
| 1 | UNITED STATES OF AMERICA, | No. | CR21-57 RSM |
| 2 | Plaintiff, | | |
| 3 | | | |
| 4 | v. | | |
| 5 | CURTIS G. SNIPES, | | |
| 6 | RICHARD D. LEWIS, YUSEF H. PARRISH, | | |
| 7 | TERRY CAMERON, MICHAEL L. HOPKINS, and | | |
| 8 | JAMAR J. HOWARD, | | |
| 9 | | | |
| 10 | Defendants. | | |
| 11 | UNITED STATES OF AMERICA, | No. | CR21-058 RSM |
| 12 | Plaintiff, | | |
| 13 | v. | | |
| 14 | | | |
| 15 | EUGENE MCGEE, | | |
| 16 | LARRY W. COLLINS, JONATHAN F. HARRINGTON, and | | |
| 17 | RANDOLPH P. BROWN, | | |
| 18 | Defendants. | | |
| 19 | UNITED STATES OF AMERICA, | No. | CR21-062 RSM |
| 20 | Plaintiff, | | |
| 21 | v. | | |
| 22 | | | |
| 23 | TERRY EZELL, | | |
| 24 | Defendant. | | |

Order Continuing Trial Date - 2
*U.S. v. Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>CESAR CLEMENTE,<br><br>                        Defendant. | No.    CR21-063 RSM |
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>CRAIG JORDAN,<br><br>                        Defendant. | No.    CR21-064 RSM |
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>DAVON A. EVANS,<br><br>                        Defendant. | No.    CR21-068 RSM |
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>CARLOS ROMALLIS DANIELS,<br><br>                        Defendant. | No.    CR21-069 RSM |

1    This matter comes before the Court on the joint motion of the government and 21

2    of the 24 defendants charged in these related cases to continue the trial in this matter and

3    to schedule a status conference. Having considered the motion, any responses and

4    objections, and all the files and records herein, the Court finds and rules as follows:

5    The facts supporting continuing the trial and excluding the consequent delay are

6    set forth in the Joint Motion to Continue, incorporated by this reference, and include the

7    following: (a) the very large number of defendants charged; (b) the already large number

8    of charged counts, which are likely to increase in anticipated superseding indictments; (c)

9    the number of related indictments; (d) the nature of the prosecution, which includes

10   wiretaps over multiple phone lines; (e) the volume of discovery produced, and still to be

11   produced; and (f) the schedules of various counsel and their backlogs of cases due to the

12   ongoing pandemic and resultant court closures.

13   THIS COURT FINDS, pursuant to Title 18, United States Code, Section

14   3161(h)(7)(B)(ii) that this case is sufficiently unusual and complex, due the combination

15   of the number of defendants, the nature of the prosecution, as well as the existence of

16   novel questions of fact, that it is unreasonable to expect adequate preparation by the

17   parties for pretrial proceedings or for the trial itself by the current trial date, or for the

18   immediate future.

19   THE COURT FURTHER FINDS, pursuant to Title 18, United States Code,

20   Section 3161(h)(7)(B)(iv), that even if Section 3161(h)(7)(B)(ii) did not apply, the failure

21   to grant a continuance in this case would deny counsel for the several defendants and the

22   attorney for the government the reasonable time necessary for effective preparation—due

23   to all parties' need for more time to review the considerable volume of discovery and

24   evidence produced, and still to be produced, and to consider possible defenses and

25   motions—taking into account the exercise of due diligence.

26   THE COURT FURTHER FINDS, pursuant to Title 18, United States Code,

27   Section 3161(h)(7)(B)(i), that the failure to grant a continuance into spring of 2022 would

28   Order Continuing Trial Date - 4
     *U.S. v. Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-
     56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM,
     *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*,
     CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM

1  be likely to make a continuation of the proceeding impossible or result in a miscarriage of

2  justice.

3      THE COURT THEREFORE FINDS, pursuant to Title 18, United States Code,

4  Section 3161(h)(7)(A), that the ends of justice served by a continuance into the spring of

5  2022 outweigh the best interest of the public and the several defendants in a speedy trial.

6  Moreover, pursuant to pursuant to Title 18, United States Code, Section 3161(h)(6), the

7  objections of those defendants who oppose a continuance of this length are overruled, as

8  those defendants are joined for trial with other defendants for whom the time for trial has

9  not run, and no motion to sever has been brought or granted. The defendants in these

10 related cases are alleged to have conspired together. All of the related cases arise out of a

11 common investigation, including common Title III interception applications and common

12 search warrant applications.

13     THE COURT FINDS, in light of these factors, that it is unlikely that the parties

14 can be reasonably ready to try this matter before spring 2022, at the earliest.

15     THIS COURT FINDS, pursuant to Title 18, United States Code, Section

16 3161(h)(6) and (7), that this is a reasonable period of delay, in that the significant

17 majority of the defendants have indicated they require more time to prepare for trial and

18 believe that spring 2022 is the earliest that they could be prepared to proceed to trial. The

19 Court finds that given the complexity of the case, the number of defendants, and the

20 volume of discovery produced, and still to be produced, that this amount of time is, in

21 fact, necessary.

22     NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be

23 continued as to all defendants in all of the related cases captioned above until June 6,

24 2022, 2022 at 9:00 AM.

25     IT IS FURTHER ORDERED that a status conference, to be attended by all

26 defendants who remain in the case, together with their counsel, as well as the

27 government, is scheduled for November 9, 2021 at 10:00 AM. An order addressing any

28
Order Continuing Trial Date - 5
*U.S. v. Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-
56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM,
*U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*,
CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM

1  remaining discovery issues and setting a briefing scheduled for pretrial motions will be

2  entered at that time.

3      IT IS HEREBY ORDERED that the defendants who have joined this motion shall

4  file speedy trial waivers no later than June 2, 2021, to the extent they have not already

5  done so.

6      IT IS FURTHER ORDERED that the time between this date and the new trial date

7  is excluded in computing the time within which a trial must be held pursuant to Title 18,

8  United States Code, Section 3161, *et seq*.

9

10      IT IS SO ORDERED.

11

12      DATED this 24th day of May, 2021.

13

14

15      RICARDO S. MARTINEZ

16      CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
*U.S. v. Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970