HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MARCO CALVERT-MAJORS,<br><br>   Defendant. | Cause No. CR21-00053 RSM<br><br>**ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM** |

This matter comes before the Court on the Defendant's Motion to Seal his Sentencing Memorandum on the grounds that it contains sensitive information. The Court finds that the Defendant has shown good cause for his request, and it is therefore ordered that the Clerk shall file the Defendant's Sentencing Memorandum under Seal.

//

//

//

ORDER SEALING DEFENDANT'S
SENTENCING MEMORANDUM - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

1  DATED THIS 17 day of ~~July~~ aug 2023.

HONORABLE RICARDO MARTINEZ
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER SEALING DEFENDANT'S
SENTENCING MEMORANDUM - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818