The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARCO CALVERT-MAJORS<br><br>Defendant. | NO. CR21-053 RSM<br><br>ORDER TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Government's Sentencing Memorandum,

It is hereby ORDERED that the Government's Sentencing Memorandum shall remain sealed.

DATED this 21st day of August, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order to Seal - 1
*United States v. Calvert-Majors* / CR21-053 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970